IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
AT KANSAS CITY

| | |
|---|---|
| SUBSTATION K, INC., <br><br> Plaintiff, <br><br> v. <br><br> KANSAS CITY POWER & LIGHT COMPANY, <br><br> Defendant. | Case No.: 4:19-cv-00031-SRB |

### DEFENDANT KANSAS CITY POWER & LIGHT COMPANY'S MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

Defendant Kansas City Power & Light Company ("KCP&L") hereby moves for leave to exceed the page limit for its Suggestions in Support of its Motion to Dismiss. In support of this Motion, KCP&L states as follows:

1. Western District of Missouri Local Rule 7.0(d) provides that suggestions in support of a motion may not exceed 15 pages without leave of Court.

2. KCP&L is preparing its Suggestions in Support of its Motion to Dismiss Plaintiff's Complaint, which is due April 5, 2019.

3. KCP&L respectfully requests that the Court grant it leave to exceed the 15-page limit provided for in Local Rule 7.0(d) by six pages, for a total of 21 pages.

4. Plaintiff's Complaint is 22 pages long and includes six causes of action. KCP&L believes the legal issues addressed in the Suggestions in Support of its Motion will be helpful to the parties and this Court in ruling on the issues presented.

5. Plaintiff will not be prejudiced by allowing KCP&L to submit its Suggestions in Support in excess of the page limit by six pages.

1

For the reasons stated herein, KCP&L respectfully requests that the Court issue an Order granting it leave to exceed the 15-page limit in Rule 7.0(d) by six pages.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ Mark D. Anstoetter
Mark D. Anstoetter, MO Bar #47638
Kathryn A. Larkins, MO Bar #48532
Brent Dwerlkotte, MO Bar #62864
2555 Grand Boulevard
Kansas City, MO 64108-2613
816-474-6550
816-421-5547 (fax)
manstoetter@shb.com
klarkins@shb.com
bdwerlkotte@shb.com

ATTORNEYS FOR DEFENDANT
KANSAS CITY POWER & LIGHT COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by means of the Court's CM/ECF electronic filing system on this 4th day of April, 2019, upon all counsel of record.

/s/ Mark D. Anstoetter
Attorney for Defendant